U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 17 2010

TONY R. MO____RK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ALVEZ WRIGHT** | **CIVIL ACTION NO. 3:09-CV-1544** |
| **LA. DOC #500091** | |
| **VS.** | **SECTION P** |
| | **JUDGE DONALD E. WALTER** |
| **EDWARD THOMPSON** | **MAGISTRATE JUDGE HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 17 day of August, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE